UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID TODD BENNETT, SR.,

        Plaintiff,                      Case No. 1:16-cv-24

v.                                        Honorable Paul L. Maloney

RICK SNYDER,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   January 29, 2016            /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge